**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6572**

———————————

In Re:  KELVIN ANDRE SPOTTS,

Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-00-647-3)

———————————

Submitted:  June 10, 2003          Decided:  June 25, 2003

———————————

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Kelvin Andre Spotts, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin Andre Spotts petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to compel partial summary judgment and to grant partial summary judgment on his underlying 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>